Alan M. Lebensfeld, Esq.
Attorney Identification # 01357-1989
Alan.lebensfeld@lsandspc.com
Brett R. Schwartz, Esq.
Attorney Identification # 04009-1997
Brett.schwartz@lsandspc.com
Lebensfeld Sharon & Schwartz P.C.
140 Broad Street
Red Bank, New Jersey 07701
(732) 530-4600
*Attorneys for Plaintiffs,
Direct Coast To Coast, LLC
Selective Transportation Corporation and
Alliance Shippers, Inc. and Third Party
Defendants, Jonathan Lefcourt,
Robyn Lefcourt and Mark Shustak*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DIRECT COAST TO COAST, LLC SELECTIVE TRANSPORTATION CORPORATION and ALLIANCE SHIPPERS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> RONALD HOROWITZ, ESQ. AND THE LAW OFFICES OF RONALD HOROWITZ, <br><br> Defendants. | Civil Action No.: 2:19-cv-20630-KSH-CLW <br><br> Hon. Katharine S. Hayden, U.S.D.J. <br><br> Hon. Cathy L. Waldor, U.S.M.J. <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> *Document Filed Electronically* |
| RONALD HOROWITZ, <br><br> Third Party Plaintiff, <br><br> vs. <br><br> JONATHAN LEFCOURT, ROBYN LEFCOURT, MARK SHUSTAK, <br><br> Third Party Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for plaintiffs Direct Coast to Coast, LLC, Selective Transportation Corporation, and Alliance Shippers, Inc., and third Party Defendants, Jonathan Lefcourt, Robyn Lefcourt and Mark Shustak; counsel for defendants Ronald Horowitz, Esq. and Law Offices of Ronald Horowitz; and *pro se* defendants/third party plaintiffs Ronald Horowitz and the Law Offices of Ronald Horowitz, that the above captioned action, including all claims asserted in the Complaint, and the Counterclaims and Third Party Complaint of *pro se* defendants/third party plaintiffs be, and hereby are, voluntarily dismissed in their entirety with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) without fees and costs and with each party to bear its own attorneys' fees and costs incurred herein.

**LEBENSFELD, SHARON & SCHWARTZ, P.C.**
Attorneys for Plaintiffs, Direct Coast to Coast, LLC, Selective Transportation Corporation and Alliance Shippers, Inc. and Third Party Defendants, Jonathan Lefcourt, Robyn Lefcourt and Mark Shustak

By: _____
Brett R. Schwartz
Dated: 1/29/2021

**BRESSLER, AMERY & ROSS, P.C.**
Attorneys for Defendants
Ronald Horowitz, Esq. and Law Offices of Ronald Horowitz (In Defense of Plaintiffs' Direct Claims Only)

By: _____
Diana C. Manning
Dated: 2/5/21

**RONALD HOROWITZ, ESQ., *pro se***

By: __Ronald Horowitz/s/__
Ronald Horowitz, Esq.
Dated: 2-1-21

***LAW OFFICES OF***
***RONALD HOROWITZ, pro se***

By: __Ronald Horowitz/s/__
Ronald Horowitz, Esq.
Dated: 2-1-21

SO ORDERED this day of February 10, 2021
s/Katharine S. Hayden
Hon. Katharine S. Hayden
United States District Judge